JOON H. KIM  
Acting United States Attorney for the  
Southern District of New York  
BY: KATHLEEN A. ZEBROWSKI  
86 Chambers Street  
New York, New York 10007  
Telephone No.: (212) 637-2710  
Fax No.: (212) 637-2717  

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x  

UNITED STATES OF AMERICA,  

               Plaintiff,  

- v. -  

EDWARD MACHADO,  

               Defendant.  
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x  

SATISFACTION OF JUDGMENT  

03 CR 1452-13 (RCC)  

SOUTHERN DISTRICT OF NEW YORK  

      Satisfaction is acknowledged between United States of America, plaintiff, and Edward Machado, defendant, for the restitution the amount of $110,000.00 and the special assessment in the amount of $100.00 amounting in all to the sum of $110,100.00. Judgment entered in the Judgment Book of the United States District Court for the Southern District of New York on the 3rd day of October, 2005.

                              JOON H. KIM  
                              Acting United States Attorney for the  
                              Southern District of New York  

                     By: _____  
                              KATHLEEN A. ZEBROWSKI  
                              Assistant United States Attorney  

STATE OF NEW YORK)  
COUNTY OF NEW YORK)  

      On the 7th day of September, 2017 before me personally came KATHLEEN A. ZEBROWSKI, Assistant United States Attorney for the Southern District of New York, personally know to me or proved to me on the basis of satisfactory evidence, to be the individual whose name is subscribed to, in the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____  
NOTARY PUBLIC  

HERMAN AMOS JR.  
Notary Public, State of New York  
No. 31-4961366  
Qualified in New York County  
Commission Expires Feb. 5, 2018